IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>VAQUERIA ALMEYDA, INC.<br><br>DEBTOR | CASE NO.: 18-06068 (BKT)<br><br>CHAPTER 12 |
|---|---|

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

NOW APPEARS the undersigned attorney and requests that the Honorable Court note that he has been retained by the Puerto Rico Milk Industry Regulatory Office (ORIL under its Spanish language acronym) and its officers in their official capacities, as their counsel for the captioned matter, and requests that he be notified of all pleadings, motions, orders, resolutions and any other paper filed before or by the Court in this case by way of his electronic address provided in the Electronic Case Filing System Attorney Registration Form which has been previously submitted to the Court.

WHEREFORE, is is respectfully requested this Honorable Court take note of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of January 2019.

**CERTIFICATION**: I hereby certify that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

*Attorneys for ORIL*
**THE LAW OFFICES OF EDWARD W. HILL**
273 Sierra Morena PMB 248
San Juan, PR 00926

Tel. (787) 294-0033 Fax. (787) 294-8804

By: /S Edward W. Hill
Edward W. Hill Tollinche
USDC-PR No. 213614