## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-06068 (BKT) |
|---|---|
| VAQUERÍA ALMEYDA, INC. | CHAPTER 12 |
| Debtor | |

## MOTION FOR CONTINUANCE OF HEARING ON CONFIRMATION AND TO INFORM ON THE STATUS OF NEGOTIATIONS
(Related Docket No. 93)

TO THE HONORABLE COURT:

COMES NOW Condado 5, LLC ("Condado" or "Condado 5"), through the undersigned counsels, and respectfully states and prays as follows:

1. On June 4, 2019, the Court continued the confirmation hearing for September 4, 2019 at 2:00 P.M. See Docket No. 93.

2. The Debtor and Condado 5 have engaged in settlement negotiations as to the payment of Condado 5's claim but need additional time to conclude such negotiations.

3. In order to promote judicial economy and for the benefit of all parties in interest, Condado 5 requests the Court to continue the confirmation hearing scheduled for September 4, 2019 at 2:00 P.M.

4. This request is made on good faith and it is based on good cause.

WHEREFORE, Condado 5 respectfully prays the Court to continue the confirmation hearing scheduled for September 4, 2019 at 2:00 P.M. (Docket No. 93), to take notice of the foregoing status of negotiations, and grant any remedy that is fair and equitable.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of September, 2019.

### Certificate of Service
We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**Ferraiuoli** LLC
Attorneys for Condado 5
PO Box 195168
San Juan, PR 00919-5168
Phone.: 787.766.7000
Fax: 787.766.7001

*s/ Sonia E. Colón*
SONIA E. COLÓN
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/ Camille N. Somoza*
CAMILLE N. SOMOZA
USDC-PR No. 302908
csomoza@ferraiuoli.com