# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### *Hearing Information:*

**Debtor**: VAQUERIA ALMEYDA INC
**Case Number**: 18-06068-BKT12                    **Chapter:** 12
**Date / Time / Room**: 09/04/2019 02:00 pm
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter Clerk:** GRACIELA MUNIZ

### *Matter:*

Confirmation Hearing 12

### *Appearances:*

ALEJANDRA RODRIGUEZ FOR CHAPTER 13 TRUSTEE JOSE RAMON CARRION MORALES
LYSSETTE A MORALES VIDAL FOR DEBTOR
CAMILLE N SOMOZA FOR CONDADO 5, LLC.
GUSTAVO CHICO FOR CONDADO 5, LLC.

### *Minutes of Proceedings and ORDER:*

As agreed by all the parties in open Court, the debtor and Condado 5, LLC are allowed fourteen (14) days to file a Stipulation for the Use of Cash Collateral.

The Confirmation Hearing is continued to November 20, 2019 at 2:00 p.m. at the Jose V. Toledo Federal Building and U.S. Courthouse, 300 Recinto Sur, Courtroom No. 1, Second Floor, San Juan, Puerto Rico.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge