CASE N° 18-06068-12    MOR VAQUERIA ALMEYDA, INC.
AUGUST 2019
AVERAGING 11,189 LTS BIWEEKLY
milking 76 cows averaging 10.52 lts/day/cow
occupying 22.27% milk quota

**Pooled Price = 80.24¢/lt**

dry: 20           Milk Quota 50,250 lts biweekly    LEASE OF MILK QUOTA ENDED ON MAY 2019
Deaths: 1

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA | | |
| **Milk Sales:** | Liq. Aug. 7 | 11,232 lts @ 78.29¢/lt | 8,793.32 |
| | Liq. Aug. 22 | 11,146 lts @ 82.20¢/lt | 9,162.00 |
| | ant. Aug. 28 | | 4,581.00 |
| Sale of Cow to Butcher | | | 300.00 |
| Sale hay | | | 0.00 |
| ADEA | Production Incentive | | 0.00 |
| USDA-FSA | MFP | | 0.00 |
| Money in bank and on hand | | | 162.44 |
| | **Total Income:** | | 22,998.76 |

**Less Operational Costs:**

| | | | | |
|---|---|---|---:|---|
| Wages: | | | 2,540.00 | cash |
| Unemployment | | | 0.00 | |
| FICA | | | 0.00 | |
| Feed | $16.50/Q | | 6,400.00 | cash |
| Forage | cows graze on pasture | | 0.00 | |
| Medicines & Veterinary | | **AGH** | 0.00 | cash |
| Tick plaguicide | | | 40.00 | |
| Farm Maintenance & repairs | | | 0.00 | |
| Milking Equipment | | | 69.95 | cash |
| Farm Machinery | | | 0.00 | |
| Materials & Supplies | detergents | | 333.46 | cash        García Vet. |
| Car & Truck | | | 140.03 | cash |
| Fuel | | | 1,528.95 | cash |
| herbicide | Forefront 2.5 gals. | | 0.00 | |
| Hired Help   not on payroll | | | 1,800.00 | cash |
| Utilities: | AEE | Tel. | 570.28 | cash & #1229 |
| farm lease | Juan Amador | | 0.00 | |
| Professional Services: | gestor | cash | 300.00 | 300.00/month |
| | Lab. Milk sample | | 7.05 | cash        AGH |
| IVU on AGH bill | | | 0.00 | |
| freight | forrage | | 700.00 | cash; $140.00/wk |
| bank charges | | | 15.61 | |
| | **Total Operational Costs:** | | 14,445.33 | |

**Capital Expenditures: Heifers**        0.00

**Less Obligations & Others:**

| | | | |
|---|---|---:|---|
| CPA | through milk assignments | 225.00 | Enrique Maisonet |
| ORIL | through milk assignments | 666.24 | |
| Aut. Tierras | through milk assignments | 946.52 | |
| Condado 5 | through milk assignments | 5500.00 | 24.41% of Milk Proceeds received |
| | **Total Obligations & Others:** | 7337.76 | |

**Less Money used for Personal expenses:**        42.00 (AAA & AEE)
FFIL        through milk assignments        47.08 Dental insurance
                                            89.08

**Total Operational, Expenditures, Obligations, personal Costs**    21,872.17

**Net Income:**        cash on hand: $81.26        **1126.59**
                       Bank Acct:    1,045.33

CASE N° 18-06068-12	MOR VAQUERIA ALMEYDA, INC.
AUGUST 2019
AVERAGING 11,189 LTS BIWEEKLY
milking 76 cows averaging 10.52 lts/day/cow
occupying 22.27% milk quota

**WAGES:**

| Name | Rate | |
|---|---|---|
| Ramón Barreto | 125.00/wk | & 47.08 for Dental Insurance = $672.08 for July. |
| Gabriel Colón | 208.00/wk | |
| Juan Morales | 175.00/wk | |
| | 508.00/wk | |

**FEED    (ADM FEED MILL)**

| Date | Amount | Method |
|---|---|---|
| Aug. 5 | 1600.00 | Paid cash |
| Aug. 12 | 1600.00 | Paid cash |
| Aug. 19 | 1600.00 | Paid cash |
| Aug. 26 | 1600.00 | paid cash |
| | 6400.00 | |

**Materials & Detergents**

| | Amount | Vendor | Invoice # | Description |
|---|---|---|---|---|
| cash | 89.25 | García Vet | #176765 | detergents |
| cash | 34.75 | García Vet # | #176776 | detergents |
| cash | 56.75 | García Vet # | #176751 | detergents |
| cash | 72.96 | García Vet | #376803 | detergents |
| | 56.75 | García Vet | #276013 | detergents |
| | 310.46 | | | |

**Milking Equipment**

| | | |
|---|---|---|
| cash | 69.96 | Agro & Sons teteras Conde |

**Car & Truck**

| | Amount | Vendor |
|---|---|---|
| cash | 26.45 | Advance Auto Parts |
| cash | 93.66 | Felikar Auto Parts |
| cash | 19.92 | Wipers |
| | 140.03 | |

**UTILITIES**

| | Amount | |
|---|---|---|
| #1229 | 234.28 | AEE |
| cash | 336.00 | Phone |
| | 570.28 | |

**PERSONAL EXPENSES PAID FROM BUSINESS ACCOUNT**

| | Amount | |
|---|---|---|
| #1230 | 42.00 | AEE |
| Milk Assign. | 47.08 | FFIL Dental Insurance |
| | 89.08 | |

| INCOME: | | EXPENSES & OBLIGATIONS PAID: | |
|---|---|---|---|
| Milk Proceeds | 22536.32 | Farm Expenses | 14,445.33 |
| Sale of Hay | 0.00 | Obligations | 7,337.76 |
| Sale of Cow | 300.00 | Personal Expenses | 89.08 |
| Money in bank & on Hand | 162.44 | | 21,872.17 |
| | 22998.76 | | |
| | | **NET INCOME** | **$1,126.59** |

This MOR has been prepared using information from bank accounts, receipts, and verbal information provided by Debtor.