PPROJECTIONS VAQUERIA ALMEYDA, INC.
SEPTEMBER 4-OCTOBER 4 2019
AVERAGING 11,480 LTS BIWEEKLY
milking 80 cows averaging 10.25 lts/day/cow
occupying 22.85% milk quota

dry: 20
Culled: 1

Milk Quota 50,250 lts biweekly

| **INCOME:** | SUIZA | | | $ | |
|---|---|---|---|---|---|
| **Milk Sales:** | Sept. | | 22,960 lts @ 76¢/lt | 17,450.00 | |
| | Oct. 4 | Liq. Oct. 4 | (less ant. ) | 4362.00 | |
| Sale of Cow to Butcher | | | | 0.00 | |
| Sale of hay | | | | 900.00 | |
| ADEA | Production Incentive | | | 1,470.00 | Approximate |
| USDA-FSA | MFP | | | 0.00 | |
| Money in bank and on hand | | | | 400.00 | Estimated |
| | **Total Income:** | | | 24,582.00 | |

**Less Operational Costs:**

| | | | | |
|---|---|---|---|---|
| Wages: | | $508.00/wk | 2,540.00 | 5 wks |
| Unemployment | | | 0.00 | |
| FICA | | | 311.00 | |
| Feed | $16.50/Q | | 7,500.00 | 5 wks |
| Forage | cows graze on pasture | | 0.00 | |
| Medicines & Veterinary | | AGH | 145.00 | |
| Tick plaguicide | | | 40.00 | |
| Farm Maintenance & repairs | | | 75.00 | |
| Milking Equipment | | | 75.00 | |
| Farm Machinery | | | 100.00 | |
| Materials & Supplies | detergents | | 325.00 | |
| Car & Truck | | | 75.00 | |
| Fuel | | | 1,500.00 | |
| herbicide | Forefront 2.5 gals. | | 0.00 | |
| Hired Help | not on payroll | | 1,800.00 | 5 wks |
| Utilities: | AEE | Tel. | 570.00 | |
| farm lease | Juan Amador | | 1,000.00 | |
| Professional Services: | gestor | cash | 300.00 | 300.00/month |
| | Lab. Milk sample | | 7.00 | |
| IVU on AGH bill | | | 0.00 | |
| freight | forrage | | 800.00 | $160.00/wk |
| bank charges | | | 16.00 | |
| | **Total Operational Costs:** | | 17,179.00 | |

**Capital Expenditures: Heifers**      0.00

**Less Obligations & Others:**

| | | | | | |
|---|---|---|---|---|---|
| CPA | through milk assignments | | 281.00 | Enrique Maisonet | 5 wks |
| ORIL | through milk assignments | | 833.00 | | 5 wks |
| Aut. Tierras | through milk assignments | | 1,184.00 | | 5wks |
| Condado 5 | through milk assignments | | 5000.00 | 5 wks | (Sept. 4-Oct. 4) |
| | **Total Obligations & Others:** | | 7298.00 | | |

**Less Money used for Personal expenses:**

| | | | |
|---|---|---|---|
| FFIL | through milk assignments | 59.00 | Dental insurance |
| | | 59.00 | |

**Total Operational, Expenditures, Obligations, personal Costs:**    24,536.00

**Net Income:**      **46.00**