IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-06068-BKT12 |
|---|---|
| VAQUERIA ALMEYDA INC | Chapter 12 |
| 66-0541866 | |
| Debtor(s) | FILED & ENTERED ON OCT/04/2019 |

ORDER

The request to shorten time for objection to the stipulation filed by the debtor and Condado 5, LLC at docket #129 is granted. Objections are due 10/4/2019.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of October, 2019.

Brian K. Tester
United States Bankruptcy Judge