## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

### Minute Entry

***Hearing Information:***

**Debtor**:   VAQUERIA ALMEYDA INC
**Case Number**:   18-06068-BKT12                                              **Chapter:** 12
**Date / Time / Room**: 11/20/2019 02:00 pm
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:     CARMEN B. FIGUEROA
**Reporter Clerk**:  GRACIELA MUNIZ

***Matter:***

Confirmation Hearing 12

***Appearances:***

JULIEL PEREZ FOR CHAPTER 13 TRUSTEE JOSE RAMON CARRION MORALES
CAMILLE N SOMOZA FOR CONDADO 5, LLC.

***Minutes of Proceedings and ORDER:***

The Clerk shall follow-up on the Stipulation for the Use of Cash Collateral filed by the debtor and Condado 5, LLC (docket #136).

The Confirmation Hearing is continued to January 15, 2020 at 2:00 p.m. at the Jose V. Toledo Federal Building and U.S. Courthouse, 300 Recinto Sur, Courtroom No. 1, Second Floor, San Juan, Puerto Rico.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge